# United States Bankruptcy Court
# Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Monday, August 30, 2010**                                                            Hearing Room 301

2:30 pm

6:10-28501    Victor Teodoro Rueda and Irma Guadalupe Rueda                    Chapter 13
#215.00       Confirmation of Chapter 13 Plan
              **From 8-9-10**
                                    Docket #:

**Matter Notes:**

PRESENT:

, for Rod Danielson, Trustee

, for Debtor

, for

*OK* Confirmed per trustee's recommendation - Plan provisions: % to pay _____

Duration: _____

Payment $ _____

(  ) Objection to plan: (  ) Withdrawn  (  ) Sustained  (  ) Overruled

(  ) **Case Dismissed:**

   (  ) without prejudice    (  ) Under 109(g)

[ ] **CLERKS BNC ORDER DISMISSING ON** _____
[ ] **New case may be filed before dismissal is entered.**

(  ) conversion to chapter 7 in 10 days or dismiss

(  )   Continued to _____ at _____ pm

(  )   Off calendar

(  )   Other

**Judge:**
   EH_____