# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Monday, August 30, 2010**                                                                 Hearing Room 301

___

**1:30 pm**

**6:10-28501**    Victor Teodoro Rueda and Irma Guadalupe Rueda                          **Chapter 13**

#61.02    Motion for valuation of security, determination of secured status, avoidance of lien, and modification of rights of lienholder Bank of America NA; and permission to be excused from making further post-petition mortgage payments to respondent, Bank of America, NA the second deed of trust holder
Mtn/ntc/p&a's/decls fld 8-5-10 - L Bishop Austin & Assoc [ECF]
**From 8-25-10**

Docket #:  21

**Matter Notes:**

PRESENT:

, for Rod Danielson, Trustee

, for Debtor

, for

( ) Granted          ( ) Denied          ( ) Dismissed

( )   Stipulation by the parties with respect to relief sought to be filed          with the court within 7 days

( )   Continuance - hearing on motion is continued to _____
at _____ am / pm

(X)   Off calendar   *dup 11 zate*

/( )  Other

( ) ORDER TO FOLLOW   ( ) TO BE LODGED
( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH     ( ) CHAMBER'S ORDER

( ) CLERK'S ORDER VAN 153   [CHAPTER 13'S ONLY]

___